IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.                              CRIMINAL ACTION NO. 1:13-00137-1

RICKEY DAVID COBURN, II

### MEMORANDUM OPINION AND ORDER

Pending before the court are defendant's motions for compassionate release.  (ECF Nos. 77 and 79.)  Per the BOP Inmate Locator, defendant was released from BOP custody on July 8, 2020.  Therefore, the court **DENIES as moot** defendant's motions for early release from custody.

The Clerk is directed to send a copy of this Order to counsel of record, any unrepresented parties, and the Probation Office of this court.

It is SO ORDERED this 27th day of July, 2020.

ENTER:

David A. Faber
Senior United States District Judge